UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
LUIS F. MESA (AND WIFE
MARIA MESA),                                                                           (AKH)07CV5303

                                  Plaintiffs,

     -against-

100 CHURCH LLC,
90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP INC.,
BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP INC.,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
BOSTON PROPERTIES INC.,
BROOKFIELD FINANACIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
CUNNINGHAM DUCT CLEANING CO INC.,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR AIR PROFESSIONALS INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES, CO.,
LAW ENGINEERING PC,
MERRILL LYNCH & CO., INC.
ROYAL AND SUNALLIANCE INSURANCE GROUP PLC,
STRUCTURE TONE GLOBAL SERVICES,INC.
STRUCTURE TONE, (UK), INC.,
TRC ENGINEERS INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER D CO. GP CORP.,
WFP TOWER D HOLDING CO., I LP.,
WFP TOWER D HOLDING CO II LP,
WFP TOWER D HOLDING I GP CORP.,

WFP TOWER D CO., LP,
ZAR REALTY MANAGEMENT CORP.,

        Defendants.
------------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
   September 14, 2007

           Yours, etc.
           FRIEDMAN, HARFENIST, LANGER & KRAUT
           Attorneys for Defendant –Envirotech
           3000 Marcus Avenue, Suite 2E1
           Lake Success, New York 11042
           (516) 775-5800

           BY: _____
              Heather L. Smar (4622)