x:\tc51624\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
LUIS F. MESA AND MARIA MESA,

                Plaintiffs,

      -against-

100 CHURCH, LLC, 90 CHURCH STREET LIMITED PARTNERSHIP, ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., CUNNINGHAM DUCT CLEANING CO., INC., ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LAW ENGINEERING P.C., MERRILL LYNCH & CO, INC., ROYAL AND SUNALLIANCE GROUP, PLC, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC.,, TRC ENGINEERS, INC., WESTON SOLUTIONS, INC., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P.,, WFP TOWER D HOLDING CO.

**NOTICE OF ADOPTION**

07 CV 5303

II L.P., WFP TOWER D. CO., L.P., AND ZAR REALTY
MANAGEMENT CORP., ET AL.,

                              Defendants.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

      WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
September 11, 2007

                                            _____
                                            ROGER P. McTIERNAN, JR. (RPM 1680)
                                            BARRY, McTIERNAN & MOORE
                                            Attorneys for Defendants
                                            STRUCTURE TONE, INC. s/h/a
                                            STRUCTURE TONE (UK), INC. and
                                            STRUCTURE TONE GLOBAL SERVICES, INC.
                                            2 Rector Street – 14th Floor
                                            New York, New York  10006
                                            (212) 313-3600