RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
110 CHURCH, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

IN RE:
LOWER MANHATTAN DISASTER SITE
LITIGATION (21 MC 102)

Case No.: 1:21 MC 102 (AKH)

-------------------------------------------------------------------X

LUIS F. MESA (AND WIFE, MARIA MESA),

Docket No.: 07 CV 5303

Plaintiffs,

-against-

**NOTICE OF ADOPTION
OF ANSWER TO
MASTER COMPLAINT**

100 CHURCH, LLC, et al.,

**ELECTRONICALLY FILED**

Defendants.

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendant 110 CHURCH, LLC, by its attorneys

RUBIN, FIORELLA & FRIEDMAN LLP, as and for their response to the allegations set

forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master

Complaint filed in the above-referenced action, hereby adopts its Answer to Master

Complaint dated July 31, 2007, which was filed in the matter of *In Re: World Trade Center*

*Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant 110 CHURCH, LLC demands judgment dismissing

the above-captioned action as against it, together with its costs and disbursements and

for such other and further relief as this court deems just and proper.

Dated: New York, New York
      May 12, 2008

                                    RUBIN, FIORELLA & FRIEDMAN LLP

By: _____*Leila Cardo*_____

                                    Leila Cardo (LC-8359)
                                    *Attorneys for Defendant*
                                    110 CHURCH, LLC
                                    292 Madison Avenue - 11th Floor
                                    New York, New York 10017
                                    (212) 953-2381
                                    File No. 344-6879