RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE:
LOWER MANHATTAN DISASTER SITE
LITIGATION (21 MC 102)
------------------------------------------------------------------X

LUIS F. MESA (AND WIFE, MARIA MESA),

                     Plaintiffs,

        -against-

100 CHURCH, LLC, et al.,

                     Defendants.
------------------------------------------------------------------X

Case No.: 1:21 MC 102 (AKH)

Docket No.: 07 CV 5303

**NOTICE OF ADOPTION
OF ANSWER TO
MASTER COMPLAINT**

**ELECTRONICALLY FILED**

      **PLEASE TAKE NOTICE** that defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC, by its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this court deems just and proper.

Dated: New York, New York
      May 12, 2008

                                RUBIN, FIORELLA & FRIEDMAN LLP

By: _____
     Leila Cardo (LC-8359)
     *Attorneys for Defendant*
     LIONSHEAD 110 DEVELOPMENT, LLC
     formerly known as and sued herein as
     LIONSHEAD DEVELOPMENT, LLC
     292 Madison Avenue - 11th Floor
     New York, New York 10017
     (212) 953-2381
     File No. 344-6879